**SMITH vs. DICKINSON'S EXECUTOR.**

APPEAL FROM THE COURT OF PROBATES FOR THE PARISH AND CITY OF
NEW ORLEANS.

An account for boarding and expenses of the last sickness, which depends on inspection and proof, the judgment of the court *a quâ*, in which the witnesses appeared and testified, will have great weight.

EASTERN DIS.
*May*, 1841.

SMITH
*vs.*
DICKINSON'S
EXECUTOR.

This is a suit instituted by the plaintiff, keeper of a boarding house, to recover the sum of $527 25, being the amount of her account for boarding and expenses, trouble, &c., for attendance on the deceased in his last sickness. She annexed a detailed account to the petition.

On inspection of the account, and allowing a credit of $112, already paid; and also examining witnesses, the Judge of Probates reduced the account to $170; and from judgment for this sum she appealed.

*Rawle*, for the plaintiff and appellant.

*Eyma*, contra.

*Martin, J.* delivered the opinion of the court.

The plaintiff seeks to recover the sum of $527 25 on account, for the board, attendance and supplies to the testator, who was a boarder and died in her house, about three months after he came to board; as well as for articles of bedding, which were damaged by his sickness, and she was compelled to burn.

The Court of Probates reduced the plaintiff's demand to one hundred and seventy dollars, the sum of $112 having been already paid; and she appealed.

In a case like this, the opinion of the inferior judge, who is supposed to know, and who hears the witnesses, has much weight with us. A close attention to the testimony has resulted in the conclusion, that in the present case, our interference with the judgment of the Court of Probates is not required.

It is therefore ordered, adjudged and decreed that the judgment be affirmed with costs.

An account for boarding and expenses of the last sickness, which depends on inspection and proof, the court *a quâ*, in which the witnesses appeared and testified, will have great weight.